UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED
08 APR 17 PM 1:31

General Court Number
415.522.2000

April 7, 2008

**United States District Court-Eastern California**
**501 I Street**
**Sacramento, CA 95814**

1: 0 8 CV 0 0 5 0 6 AWI WMW PC

RE: CV 07-05782 JSW  LAMONT KELLY-v-PLEASANT VALLEY STATE PRISON

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

ORIGINAL
FILED
APR 1 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Hilary D. Jackson
Case Systems Administrator

Enclosures
Copies to counsel of record